

**NUMBER 13-19-00273-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**BELINDA LONGORIA AND ROSS LONGORIA,**                    **Appellants,**

**v.**

**ROSALINDA SAENZ,**                                                   **Appellee.**

---

**On Appellants' Motion for Rehearing.**

---

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Order Per Curiam**

Appellants Belinda Longoria and Ross Longoria filed a petition for permissive interlocutory appeal, which we denied on September 19, 2019. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); TEX. R. APP. P. 28.3. Appellants have now filed a motion for rehearing as to our decision to deny the petition for permissive appeal. In their motion, appellants also ask us, in the alternative, to grant a writ of mandamus concerning the

issues raised in the petition for permissive appeal.

Having reviewed appellants' motion and the record documents provided by appellants, this Court is of the opinion that the motion for rehearing should be denied. Accordingly, we DENY appellants' motion for rehearing. Further, we decline to construe the motion for rehearing as a petition for writ of mandamus. *See* TEX. R. APP. P. 52 (setting forth specific requirements for filing original proceedings in the courts of appeals). We note, however, that both our denial of the petition for permissive appeal and our denial of the motion for rehearing are without prejudice as to appellants' filing of a separate petition for writ of mandamus or other original proceeding concerning the issues raised in the petition for permissive appeal.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 4th
day of October, 2019.